U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

'09 NOV 17 P2 :35

JON W. SANFILIPPO
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JEROME A. WRIGHT,

    Defendant.

Case No. 09-CR-287
[18 U.S.C. §§ 922(g)(1) & 924(a)(2)
21 U.S.C. § 844]

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1. On or about September 26, 2009, in the State and Eastern District of Wisconsin,

**JEROME A. WRIGHT,**

who previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed two firearms which, prior to his possession of them, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2. The firearms are further described as a Lorcin, model L25, .25 caliber pistol, bearing serial number 328940, and a Smith and Wesson, model 19, .357 revolver, bearing serial number 99K9263.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TWO

### THE GRAND JURY FURTHER CHARGES THAT:

On or about September 26, 2009, in the State and Eastern District of Wisconsin,

### JEROME A. WRIGHT

did knowingly and intentionally possess cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 844.

A TRUE BILL:

FOREPERSON

Date: 11/17/2009

MICHELLE L. JACOBS
United States Attorney